No. 66418.—Cornet Stores and The May Dept. Stores Co. *v.* United States, protests 60/4219 and 60/10558 (Los Angeles).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JANUARY 29, 1962

No. 66419.—John E. Fuchs Corp. et al. *v.* United States, protests 58/24377, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727) and the record showing that the merchandise consists of knit nylon gloves similar in use to cotton gloves, the claim of the plaintiffs was sustained.